IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JAY BERNARD RIVERS,<br><br>Defendant. | Action No. 3:15CR164 |

## VERDICT FORM

### Count One
**Conspiracy to Commit Bank Fraud**

As to Count One of the Indictment — Conspiracy to Commit Bank Fraud — we, the jury, unanimously find the defendant, Jay Bernard Rivers,

___Guilty_____.
(Guilty or Not Guilty)

### Count Two
**Bank Fraud**

As to Count Two of the Indictment — Bank Fraud — we, the jury, unanimously find the defendant, Jay Bernard Rivers,

___Guilty_____.
(Guilty or Not Guilty)

## Count Three
**Bank Fraud**

As to Count Three of the Indictment — Bank Fraud — we, the jury, unanimously find the defendant, Jay Bernard Rivers,

_____Guilty_____.
(Guilty or Not Guilty)

## Count Four
**Aggravated Identity Theft**

As to Count Four of the Indictment — Aggravated Identity Theft — we, the jury, unanimously find the defendant, Jay Bernard Rivers,

_____Guilty_____.
(Guilty or Not Guilty)

## Count Five
**Aggravated Identity Theft**

As to Count Five of the Indictment — Aggravated Identity Theft — we, the jury, unanimously find the defendant, Jay Bernard Rivers,

_____Guilty_____.
(Guilty or Not Guilty)

## Count Six
## Theft of U. S. Mail

As to Count Six of the Indictment — Theft of U. S. Mail — we, the jury, unanimously find the defendant, Jay Bernard Rivers,

_____Guilty_____.
(Guilty or Not Guilty)

So say we all, this __11th__ day of May 2016.

_____
Foreperson's signature

FILED PURSUANT TO
E-GOVT ACT

_____
Foreperson's printed name

3